**CA26-0682 - BRIMER, REBECCA vs. AMAZON.COM, INC.**

## SUMMARY

| | | |
|---|---|---|
| **Judge:** | **Court Type:** | **Case Type:** |
| MALTZ, HOWARD M. | Circuit Civil | Products Liability |
| **Case Number:** | **Uniform Case Number:** | **Status:** |
| CA26-0682 | 552026CA000682A000MX | OPEN |
| **Clerk File Date:** | **Status Date:** | **Waive Speedy Trial:** |
| 4/28/2026 | 4/28/2026 | ☐ |
| **Total Fees Due:** | **Custody Location:** | **Agency:** |
| 0.00 | | |
| **Agency Report Number:** | | |

## PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| PLAINTIFF | BRIMER, REBECCA | BROWNING, STEVEN RANDOLPH (Main Attorney) |
| PLAINTIFF | CASTLEMAN, JAMES | BROWNING, STEVEN RANDOLPH (Main Attorney) |
| DEFENDANT | AMAZON.COM, INC. | |
| DEFENDANT | HEJINSHINAIQINGDIANZISHANGWUYOUXIANGONGSI | |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT | |
|---|---|---|---|---|---|
| | | No Events on Case | | | |

## CASE DOCKETS

| SEQ# | IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|---|
| 12 | | 12 | 4/30/2026 | EMAIL SENT TO: BROWNING, STEVEN RANDOLPH REGARDING SERVICE OF COURT DOCUMENT – CA26-0682, BRIMER, REBECCA VS. AMAZON.COM, INC. WITH 2 ATTACHMENTS FROM DOCKET: PRACTICES AND PROCEDURES STANDING ORDER FOR CIVIL CASES IN DIVISION 55; UNIFORM CASE MANAGEMENT ORDER -4/30/2026 |
| 11 | 📄 3 | 11 | 4/30/2026 | UNIFORM CASE MANAGEMENT ORDER |
| 10 | 📄 7 | 10 | 4/30/2026 | PRACTICES AND PROCEDURES STANDING ORDER FOR CIVIL CASES IN DIVISION 55 |
| 9 | 📄 2 | 7 | 4/30/2026 | CORPORATE SUMMONS STATUS SET TO CIVIL SUMMONS ISSUED ON 04/30/2026 FOR HEJINSHINAIQINGDIANZISHANGWUYOUXIANGONGSI D/B/A GEEMAX-US |
| 8 | 📄 2 | 6 | 4/30/2026 | CORPORATE SUMMONS STATUS SET TO CIVIL SUMMONS ISSUED ON 04/30/2026 FOR AMAZON.COM, INC. |
| 7 | Request | 9 | 4/30/2026 | PAYMENT $420.00 RECEIPT #2026018851 |
| 6 | | 8 | 4/30/2026 | ATTORNEY: BROWNING, STEVEN RANDOLPH ASSIGNED TO CASTLEMAN, JAMES |
| 5 | | 3 | 4/30/2026 | ATTORNEY: BROWNING, STEVEN RANDOLPH ASSIGNED TO BRIMER, REBECCA |
| 4 | | 2 | 4/30/2026 | JUDGE MALTZ, HOWARD M.: ASSIGNED |
| 3 | 📄 11 | 5 | 4/28/2026 | COMPLAINT |
| 2 | 📄 3 | 4 | 4/28/2026 | CIVIL COVER SHEET |
| 1 | | 1 | 4/28/2026 | CASE FILED 04/28/2026 CASE NUMBER CA26-0682 |